1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  RONALD J. BEECHER-MANCIL,                   1:10-CV-01855 GSA HC

12                    Petitioner,               ORDER TRANSFERRING CASE TO THE
                                                DISTRICT OF COLORADO
          v.

13  ON HABEAS CORPUS,

14
                    Respondent.
15  _____/

16
        Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus
17
    pursuant to 28 U.S.C. § 2241.
18
        On October 5, 2010, Petitioner, who is currently incarcerated at Sterling Correctional Facility,
19
    filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 in the United States District
20
    Court for the Eastern District of California.  However, Sterling is located in Colorado and within the
21
    jurisdiction of the United States District Court for the District of Colorado.
22
        Federal courts have authority to grant writs of habeas corpus "within their respective
23
    jurisdictions."  28 U.S.C. § 2241.  The court issuing the writ must have personal jurisdiction over
24
    the custodian.  See Braden v. 30th Judicial Circuit Court, 410 U.S. 484, 495 (1973); Malone V.
25
    Calderon, 165 F.3d 1234 (9th Cir. 1999); Subias v. Meese, 835 F.2d 1288, 1289 (9th Cir.1987).
26
    Without such jurisdiction, the Court has no authority to direct the actions of the restraining
27
    authority.  See Malone, 165 F.3d at 1237.   In the interests of justice, a federal court may transfer a
28

                                            1

1  case filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a);  Starnes v. McGuire,

2  512 F.2d 918, 932 (D.C. Cir. 1974).

3          The Petitioner in the instant case is not incarcerated at a facility within this Court's

4  jurisdiction.  Accordingly, in the interests of justice, the Court HEREBY ORDERS the instant action

5  be transferred to the United States District Court for the District of Colorado.

6          IT IS SO ORDERED.

7      **Dated:   October 12, 2010**                    **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE
8